# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**TERI L. MITCHELL**                                                          **PLAINTIFF**

      **v.**            **Civil No. 05-5191**

**U.S. POSTAL SERVICE**                                                       **DEFENDANT**

### O R D E R

    Now on this 13th day of June, 2006, comes on for consideration plaintiff's **Request For Discovery** (document #15), which was docketed as a motion for discovery, and the Court, noting that this document is essentially addressed to the defendant and does not seek Court action, will deny it as moot. Under ordinary circumstances, discovery takes place between the parties, and the Court need only take up for consideration discovery issues which are in dispute. Should disputes become apparent - about these discovery requests or any others - either party may bring them to the attention of the Court by motion.

    **IT IS THEREFORE ORDERED** that **Request For Discovery** (document #15) is **denied** as moot.

    **IT IS SO ORDERED.**

                                     **/s/ Jimm Larry Hendren**
                                     **JIMM LARRY HENDREN**
                                   **UNITED STATES DISTRICT JUDGE**